HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOHN ERNST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00048-MJS |
|---|---|---|
| Plaintiff, | ) ) | MOTION TO VACATE DECEMBER 6, 2016 REVIEW HEARING; ORDER |
| vs. | ) ) | |
| JOHN ERNST, | ) ) | |
| Defendant. | ) ) | |

Defendant John Ernst hereby requests that the Court vacate the December 6, 2016 review hearing, as Mr. Ernst is in full compliance with the terms of his probation.

On July 28, 2015, the Court sentenced Mr. Ernst to eighteen months of unsupervised probation, with the conditions that he obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, and attend AA meetings two times weekly for a period of twelve months. Additionally, Mr. Ernst was ordered to forfeit the weapon confiscated at the time of the arrest and to pay a fine totaling $1,500.00. Mr. Ernst has complied with all conditions of probation.

The government is in agreement with this request.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 30, 2016

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JOHN ERNST

**O R D E R**

Based on the parties' joint representation that Mr. Ernst has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for December 6, 2016, at 10:00 a.m. in Case No. 6:15-mj-00048-MJS.

IT IS SO ORDERED.

Dated:   November 30, 2016          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Ernst: Motion to
Vacate Review Hearing