| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JOHN ERNST |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 6:15-mj-00048-MJS
)
Plaintiff, ) **MOTION TO DISMISS COUNT 1; ORDER**
)
vs. )
)
JOHN ERNST, )
)
Defendant. )
)

Defendant JOHN ERNST hereby files this motion to dismiss Count 1 pursuant to 18 U.S.C. § 3607(a). The government does not oppose this request.

On July 28, 2015, Mr. Ernst pled guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Ernst a deferred entry of judgment under 18 U.S.C. § 3607(a). On November 30, 2016, the Court vacated Mr. Ernst's review hearing, as Mr. Ernst fully complied with the terms of his probation. Mr. Ernst's probation expired on January 28, 2017.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Mr. Ernst's term of probation has now expired and he did not violate any condition of his probation. Accordingly, Mr. Ernst requests that the Court, without entering a

judgment of conviction, dismiss the proceedings.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: April 13, 2017                  */s/ Reed Grantham*
                                      REED GRANTHAM
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JOHN ERNST

## **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 1 of the Criminal Complaint in *United States v. John Ernst*, Case No. 6:15-mj-00048-MJS.

IT IS SO ORDERED.

Dated:   April 14, 2017                         /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE